thur W. Perry against Jane Ordway. No opinion. Judgment unanimously affirmed, with costs.

PFIZER, Respondent, v. NEVILLE, Appellant. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Charles Pfizer against Robert Neville.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

PHELPS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Othniel Phelps, as administrator, etc., of Mary Jane Phelps, deceased, against the Erie Railroad Company. No opinion. Motion denied. See, also, 134 App. Div. 729, 119 N. Y. Supp. 141.

PIETKIEWICS, Appellant, v. HUDSON COS., Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Emily Pietkiewics, as administratrix, against the Hudson Companies. G. H. D. Foster, for appellant. G. Sumner, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PIETSCHKER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Frank Pietschker against the City of New York. G. W. Alger, for appellant. L. Leale, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 131 App. Div. 931, 116 N. Y. Supp. 1145.

PILGER, Appellant, v. BELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Mae Pilger, by guardian, etc., against Raymond C. Bell. No opinion. Appeal dismissed, with costs, under general rule No. 39.

POLISH SOCIETY OF PRINCE JOSEPH PONIATOWSKI, Respondent, v. CEGLECKI, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the Polish Society of Prince Joseph Poniatowski against Vincent Ceglecki. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re POTTER. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the judicial settlement of the account of Mary E. Potter and Katherine M. Wood, as executrices, etc., of Elizabeth Wortman, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs.

PREUSSE v. CHILDWOLD PARK HOTEL CO. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Annie D. Preusse against the Childwold Park Hotel Company. No opinion. Motion granted. Order filed. See, also, 134 App. Div. 383, 119 N. Y. Supp. 98.

PRENTICE, Respondent, v. TOWNSEND et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Vincent R. Prentice against Edward I. Townsend and others. No opinion. Order of the County Court of Rockland County affirmed, with $10 costs and disbursements.

PRICE v. EQUITABLE TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by William T. R. Price against the Equitable Trust Company of New York. No opinion. Motion dismissed, without costs. Order filed.

PRICHARD, Respondent, v. SECURITY MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Benjamin F. Prichard against the Security Mutual Life Insurance Company. No opinion. Appeal dismissed, unless within 20 days appellant file and serve the printed papers on appeal and pay to plaintiff's attorney $10 costs of the motion, and stipulate that the case be ready for argument on the first Wednesday of the May term.

PRINCE, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Cora A. Prince, as ancillary administratrix, etc., of William O. Prince, deceased, against the Central New England Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re PRINCIPE. (Supreme Court, Appellate Division, First Department. March 11, 1910.) In the matter of Pasquale Principe. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re PRINSTEIN. (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of Myer Prinstein, an attorney. No opinion. Reference ordered. Settle order on notice.

PROSSER, Respondent, v. KENT, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Welcome Prosser against George Edward Kent. No opinion. Judgment and order unanimously affirmed, with costs.

PRYM, Respondent, v. PECK & MACK CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.)